Ethel C. Russell, appellee, v. William J. Russell, appellant. Gen. No. 33,789.

Heard in the third division of this court for the first district at the October term, 1929. Opinion filed December 10, 1930.

Grossberg, Lyon & Brill, for appellant. William H. A. Rust, for appellee; Ernest C. Reniff, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.